# Order

**Michigan Supreme Court**
**Lansing, Michigan**

April 23, 2021

Bridget M. McCormack,
Chief Justice

Brian K. Zahra
David F. Viviano
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh
Elizabeth M. Welch,
Justices

160813(100)

GRANT BAUSERMAN, KARL WILLIAMS
and TEDDY BROE, on Behalf of Themselves
and All Others Similarly Situated,
      Plaintiffs-Appellees,

v

UNEMPLOYMENT INSURANCE AGENCY,
      Defendant-Appellant.
_____/

SC: 160813
COA: 333181
Ct of Claims: 15-000202-MM

On order of the Chief Justice, the third motion of plaintiffs-appellees to extend the time for filing their supplement brief is GRANTED. The supplemental brief submitted on April 20, 2021, is accepted as timely filed.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 23, 2021



Clerk